1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11       LADARRIAN BUCKNER,                          No.  2:21-cv-1922 KJN P

12                    Plaintiff,

13              v.                                    ORDER

14       SACRAMETNO COUNTY JAIL, et al.,

15                    Defendants.

16

17              Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42

18       U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19       U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

20       pauperis on the form used by this district.  Accordingly, plaintiff's application is dismissed, and

21       plaintiff is provided the opportunity to submit the application on the appropriate form.  Plaintiff is

22       cautioned that he must also provide a certified copy of his inmate trust account statement for the

23       six-month period immediately preceding the filing of his complaint.

24              In accordance with the above, IT IS HEREBY ORDERED that:

25              1.  Plaintiff's application to proceed in forma pauperis is dismissed (ECF No. 2) without

26       prejudice;

27              2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

28       Forma Pauperis By a Prisoner; and

                                                        1

1        3.  Plaintiff shall submit, within thirty days from the date of this order, a completed

2   application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result

3   in a recommendation that this action be dismissed without prejudice.

4   Dated:  November 2, 2021

5

6                                         KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
7   /buck1922.3d

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28