UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADARRIAN BUCKNER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-1922 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff's application is dismissed and plaintiff is provided the opportunity to submit the application on the appropriate form.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's application to proceed in forma pauperis (ECF No. 9) is dismissed without prejudice;

　　　　2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

////

////

1

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: March 23, 2022

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/buck1922.3d