1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LADARRIAN BUCKNER,                          No.  2:21-cv-1922 JAM KJN P

12              Plaintiff,

13        v.                                      ORDER

14   SACRAMENTO COUNTY JAIL, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 26, 2022, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the

23   findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                                   1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2022, are adopted in full; and

2. Plaintiff's second amended complaint is dismissed without prejudice, but without leave to amend.

DATED:  July 26, 2022                                    /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         SENIOR UNITED STATES DISTRICT JUDGE